UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DISH NETWORK CORPORATION AND
DISH NETWORK LLC
                                 Plaintiffs,
    -against-

ACE AMERICAN INSURANCE CO.,
                      Defendant
-----------------------------------------------------------X



16 **CIVIL** 4011 (ALC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 23, 2019, Ace's motion is granted with respect to its counterclaim for a declaratory judgment that Ace is not obligated to defend DISH in the underlying Network Lawsuits and Dish's claims are dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          December 27, 2019

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019